IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **DOUGLAS HOWARD CANFIELD**, <br> [DOB: 06/20/1966] <br><br> Defendant. | No. 2:20-cr-04044-BCW-01 <br><br> **COUNT 1** <br> 18 U.S.C. § 2251(a) <br> NLT 15 Years Imprisonment <br> NMT 30 Years Imprisonment <br> NMT $250,000 Fine <br> NLT 5 Years Supervised Release <br> NMT Life Supervised Release <br> Class B Felony <br><br> **COUNT 2** <br> 18 U.S.C. § 1470 <br> NMT 10 Years Imprisonment <br> NMT $250,000 Fine <br> NMT 3 Years Supervised Release <br> Class C Felony <br><br> $100 Special Assessment (Each Count) |

## I N D I C T M E N T

**THE GRAND JURY CHARGES THAT:**

**COUNT 1**
(Attempted Production of Child Pornography)
<u>18 U.S.C. § 2251(a)</u>

Between on or about June 3, 2019, and June 17, 2019, within Boone County, in the Western District of Missouri and elsewhere, the defendant, **DOUGLAS HOWARD CANFIELD**, attempted to employ, use, persuade, induce, entice and coerce a minor female victim (F.V.) to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was transported in interstate commerce; all in violation of Title 18, United States Code, Sections 2251(a) and (e).

**COUNT 2**
(Transfer of Obscene Materials to a Minor)
18 U.S.C. § 1470

On or about June 3, 2019, in Boone County, in the Western District of Missouri, and elsewhere, the defendant, **DOUGLAS HOWARD CANFIELD**, did, by means of interstate commerce, knowingly transfer obscene materials to another individual who had not attained the age of sixteen years, knowing that the other individual had not attained the age of sixteen years; in violation of Title 18, United States Code, Section 1470.

**A TRUE BILL.**

*/S/ Eugene O'Loughlin*
**FOREPERSON OF THE GRAND JURY**

*/S/ Michael S. Oliver*
**Michael S. Oliver**
Assistant United States Attorney
Missouri Bar No. 41832

Dated: 06/24/2020

2